Rosalina Cuellar DE OSORIO; Elizabeth Magpantay; Evelyn Y. Santos; Maria Eloisa Liwag; Norma Uy; Ruth Uy, Plaintiffs–Appellants,

v.

Alejandro MAYORKAS, Director of the United States Citizenship and Immigration Services; Janet A. Napolitano, Secretary of the Department of Homeland Security; Hillary Rodham Clinton, Secretary of State, Defendants–Appellees.

Teresita Costelo And Lorenzo P. Ong, Individually and on Behalf of All Others Similarly Situated, Plaintiffs–Appellants,

v.

Janet A. Napolitano, Secretary of the Department of Homeland Security; United States Citizenship and Immgration Services; Alejandro Mayorkas, Director of the United States Citizenship and Immigration Services; Lynne Skeirik, Director of the National Visa Center; Christina Poulos, Acting Director, California Service Center, United States Citizenship and Immigration Services; Hillary Rodham Clinton, Secretary of State, Defendants–Appellees.

Nos. 09–56786, 09–56846.

United States Court of Appeals, Ninth Circuit.

Filed Oct. 2, 2014.

Nancy Ellen Miller, Esquire, Reeves & Associates, APLC, Pasadena, CA, Amy Prokop, Carl Shusterman, Law Offices of Carl M. Shusterman, Los Angeles, CA, for Plaintiffs–Appellants.

Aaron Nelson, Gisela Ann Westwater, U.S. Department of Justice, Washington, DC, Nickolas Alexander Kacprowski, Kirkland & Ellis LLP, San Francisco, CA, for Defendants–Appellees.

Before: ALEX KOZINSKI, Chief Judge, HARRY PREGERSON, M. MARGARET McKEOWN, KIM McLANE WARDLAW, WILLIAM A. FLETCHER, RAYMOND C. FISHER, RONALD M. GOULD, RICHARD A. PAEZ, JOHNNIE B. RAWLINSON, MILAN D. SMITH, JR., and MARY H. MURGUIA, Circuit Judges.

### ORDER

In accordance with the Supreme Court's opinion of June 9, 2014, in *Scialabba v. Cuellar de Osorio,* — U.S. —, 134 S.Ct. 2191, 189 L.Ed.2d 98 (2014), as well as the resulting judgment, the judgment of the United States District Court for the Central District of California is **AFFIRMED.**

This order serves as the mandate of the Court.